IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JUANA RAMIREZ**<br><br>**Plaintiff,**<br><br>v.<br><br>**TOPLITE BUILDING SERVICES, INC., ET AL.**<br><br>**Defendants** | Case No.: 1:13-cv-00859-JEB |

## JOINT STIPULATION OF DISMISSAL, WITH PREJUDICE

The Parties have reached an arms-length settlement of all claims alleged by Plaintiff against Defendants in this action. To this end, the parties request the Court dismiss Plaintiff's claims against Defendants, with prejudice.

Respectfully submitted,

___/s/_ Amy E. Dias*_____  
Amy E. Dias, D.C. Bar No. 1002623  
Jones Day  
51 Louisiana Avenue, NW  
Washington, D.C. 20001  
(202) 879-3939 (Ph)  
(202) 626-1700 (Fax)  
Email: aedias@jonesday.com  

*Counsel for Defendant*

___/s/_ Gregg C. Greenberg_____  
Gregg C. Greenberg, Bar No. MD17291  
The Zipin Law Firm, LLC  
836 Bonifant Street  
Silver Spring, Maryland 20910  
(301) 587-9373 (Ph)  
(301) 587-9397 (Fax)  
Email: ggreenberg@zipinlaw.com  

*Counsel for Plaintiff*

*signed with the permission of Amy E. Dias*